UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
DAVID FINKELSTEIN, *individually and on behalf of all* :
*others similarly situated*, :
: 24-CV-4056 (JMF)
Plaintiff, :
: ORDER REGARDING
-v- : NOTICE TO PURPORTED
: PLAINTIFF CLASS
ANDREW FOX et al., : MEMBERS
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 28, 2024, Plaintiff filed a putative class action on behalf of "all purchasers of Charge [Enterprises, Inc.] common stock between December 15, 2023 and February 28, 2024." ECF No. 1 ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

      Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

      It is hereby ORDERED that **no later than June 18, 2024**, Plaintiffs shall advise the Court in writing of the date and manner in which it published this notice.

      SO ORDERED.

Dated: May 30, 2024
       New York, New York
                                                    JESSE M. FURMAN
                                                    United States District Judge