UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID FINKELSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>ANDREW FOX, LEAH SCHWELLER, and CRAIG DENSON,<br><br>      Defendants. | Case No.: 1:24-cv-04056 (JMF)<br><br><u>CLASS ACTION</u> |

**[PROPOSED ORDER] GRANTING THE BROOKLYN INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>SELECTION OF LEAD COUNSEL</u>**

The Court, having considered the motion of Steven Weill, David Klein, Isaac Broyn and Elliot Abramowitz's (the "Brooklyn Investor Group") for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), and good cause appearing therefor, ORDERS as follows:

1. The Motion is GRANTED. *The other movants have either withdrawn their motions or filed notices of non-opposition, so Movant's motion is unopposed.*

2. The Court, having considered the provisions of section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, hereby appoints the Brooklyn Investor Group as Lead Plaintiff.

3. Lead Plaintiff's selection of Lead Counsel is approved. Pursuant to section 21D(a)(3)(B)(v), the law firms of Kirby McInerney LLP and Rolnick Kramer Sadighi LLP are approved as Co-Lead Counsel for Lead Plaintiff and the proposed class.

IT IS SO ORDERED.

DATED: August 29, 2024

_____
HON. JESSE M. FURMAN
U.S. DISTRICT JUDGE

*In light of this Order, the conference scheduled for September 5, 2024, is hereby CANCELED as unnecessary.*

*No later than September 5, 2024, Lead Plaintiff shall confer with Defendants and file a proposed Order setting forth the duties and responsibilities of Lead Plaintiff and Lead Counsel, as well as deadlines for the filing of any amended complaint and answer or motion to dismiss. (For examples of such an order, see Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel, ECF No. 24, Willard v. Up Fintech Ltd., No. 19-CV-10326 (JMF) (S.D.N.Y. Jan. 24, 2020); and Order Granting Motion of Eric Dahm for Appointment as Lead Plaintiff and Approval of Selection of Counsel, ECF No. 26, Yaroni v. Pintec Tech. Holdings Ltd., No. 20-CV-8062 (JMF) (S.D.N.Y. Dec. 15, 2020).)*

*The Clerk of Court is directed to terminate ECF No. 14 and to update the docket to reflect the appointments of Lead Plaintiff and Lead Counsel.*