AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| DAVID FINKELSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>ANDREW FOX, et al.,<br>See attached Addendum<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:24-cv-04056 (JMF) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PHILLIP P. SCALA, JUSTIN DEUTSCH, JAMES MURPHY, BARON DAVIS, BENJAMIN CARSON, JR., CHANTEL E. LENARD, GARY JACOBS, AMY HANSON, JACKY WU

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Brandon Walker, Esq.
> BRAGAR EAGEL & SQUIRE, P.C.
> 810 Seventh Avenue, Suite 620
> New York, NY 10019
> Telephone: (212) 308-5858 ~ Email: walker@bespc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  March 11, 2025                                             /S/ S. James
                                                                    *Signature of Clerk or Deputy Clerk*



## SUMMONS ADDENDUM

*DAVID FINKELSTEIN v. ANDREW FOX et al.*
Civil Action No.: 1:24-cv-04056 (JMF)

DEFENDANTS:

ANDREW FOX, LEAH SCHWELLER, CRAIG DENSON, PHILLIP P. SCALA, JUSTIN DEUTSCH, JAMES MURPHY, BARON DAVIS, BENJAMIN CARSON, JR., CHANTEL E. LENARD, GARY JACOBS, AMY HANSON, JACKY WU, KENNETH ORR, KORR ACQUISITIONS GROUP, INC., KORR VALUE, L.P., ARENA INVESTORS, LP, AI AMPED I, LLC, AI AMPED II, LLC, MT. WHITNEY SECURITIES, LLC, ARENA ORIGINATION CO., LLC, ARENA FINANCE MARKETS, LP, ARENA SPECIAL OPPORTUNITIES FUND, LP, ARENA SPECIAL OPPORTUNITIES PARTNERS, I, LP, ARENA STRUCTURED PRIVATE INVESTMENTS LLC, and ARENA INVESTORS GP, LLC

Civil Action No. **1:24-cv-04056 (JMF)**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for Benjamin Carson, Jr was received by me on April 7, 2025.

Documents: **Summons; Third Amended Complaint**

Service Address: **24016 Burnt Hill Rd**
**Clarksburg, MD 208719225**

☑ I personally served the above documents on the individual at 24016 Burnt Hill Rd , Clarksburg, MD 20871-9225 on April 29, 2025 8:05 AM

☐ I left the summons at the individual's residence or usual place of abode with , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons to , who is designated by law to accept service of process on behalf of on ;or

☐ I returned the summons unexecuted because ; or

☐ other *(specify):*

*My fees are $ .00 for travel and $ .00 for services, for a total of $ .00*

*I declare under penalty of perjury under the laws of the The State of California that this information is true.*

Date: **April 29, 2025**

Server's signature

*Additional information regarding attempted service, etc:*

**Shawn Griffin**
*Printed name and title*
*REG # , County of*

**13395 Voyager Parkway Suite 130  PMB 311, Colorado Springs, CO 80921**
*Server's Address*

33798