UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
DAVID FINKELSTEIN, *individually and on behalf of all* :
*others similarly situated*, :
: 24-CV-4056 (JMF)
Plaintiffs, :
: <u>ORDER</u>
-v- :
:
ANDREW FOX et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of Defendants' new motion to dismiss, *see* Docket No. 125, Defendants' earlier motion to dismiss filed at Docket No. 100 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **August 7, 2025**. Defendants' reply, if any, is due by **September 8, 2025**.

    The Clerk of Court is directed to terminate Docket No. 100.

    SO ORDERED.

Dated: June 24, 2025
       New York, New York
                                      JESSE M. FURMAN
                                      United States District Judge