UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DAVID FINKELSTEIN, *individually and on behalf of all* :
*others similarly situated*, :
:
                     Plaintiff, :      24-CV-4056 (JMF)
:
   -v- :          ORDER
:
ANDREW FOX et al., :
:
                  Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On August 20, 2025, Defendants Benjamin Carson, Jr, James Murphy, Phillip P. Scala appeared and filed an opposition to Plaintiff's motion for default judgment. *See* ECF Nos. 142-43. In light of the strong presumption in favor of adjudication on the merits, *see, e.g.*, *Cody v. Mello*, 59 F.3d 13, 15 (2d Cir. 1995), the Court is inclined to extend *nunc pro tunc* the answer deadline for those Defendants to September 15, 2025, and cancel the default judgment hearing scheduled for August 27, 2025. ECF No. 136. No later than **noon** on **August 25, 2025**, Plaintiff shall file a letter indicating if he has any objection to that approach.

      SO ORDERED.

Dated: August 21, 2025
       New York, New York
                                               JESSE M. FURMAN
                                             United States District Judge