UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID FINKELSTEIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff(s), <br><br> v. <br><br> ANDREW FOX, LEAH SCHWELLER, CRAIG DENSON, PHILIP P. SCALA, JUSTIN DEUTSCH, JAMES MURPHY, BARON DAVIS, BENJAMIN CARSON, JR., CHANTEL E. LENARD, GARY JACOBS, AMY HANSON, JACKY WU, KENNETH ORR, KORR ACQUISITIONS GROUP, INC., KORR VALUE, L.P., ARENA INVESTORS, LP, AI AMPED I, LLC, AI AMPED II, LLC, MT. WHITNEY SECURITIES, LLC, ARENA ORIGINATION CO., LLC, ARENA FINANCE MARKETS, LP, ARENA SPECIAL OPPORTUNITIES FUND, LP, ARENA SPECIAL OPPORTUNITIES PARTNERS, I, LP, ARENA STRUCTURED PRIVATE INVESTMENTS LLC, and ARENA INVESTORS GP, LLC, <br><br> Defendants. | Civil Action No. 1:24-cv-04056 (JMF) <br><br> <u>CLASS ACTION</u> <br><br><br> **JOINT STIPULATION <br> AND [PROPOSED] ORDER** |

WHEREAS, on April 11, 2025, Lead Plaintiff Timothy K. Klintworth ("Lead Plaintiff"), through a process server, effected service on defendant James Murphy by serving the summons and the Third Amended Complaint for Violation of the Federal Securities Laws ("TAC") (ECF No. 85) in the above-captioned action (the "Action") (ECF No. 106);

WHEREAS, on April 29, 2025, Lead Plaintiff, through a process server, effected service on defendant Benjamin Carson, Jr. ("Carson") by serving the summons and TAC (ECF No. 117);

WHEREAS, on May 19, 2025, Lead Plaintiff filed the Fourth Amended Complaint for Violation of the Federal Securities Laws ("FAC") (ECF No. 119) in Action;

WHEREAS, on June 19, 2025, Lead Plaintiff, through a process server, effected service on defendant Philip P. Scala ("Scala") by serving the summons and FAC (ECF No. 129);

WHEREAS, on July 30, 2025, Lead Plaintiff filed a Request for Entry of Default pursuant to Rule 55(a) and Rule 55.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York (the "Request") against Murphy, Carson, and Scala (ECF No. 132);

WHEREAS, on July 31, 2025, the Court issued an order (the "July 31, 2025 Order") ordering Murphy, Carson, and Scala to file any opposition to Lead Plaintiff's Request by August 20, 2025, setting a show cause hearing for August 27, 2025, and further ordering service of the Request and the July 31, 2025 Order and that Lead Plaintiff file a proof of service and a "Proposed Default Judgment" (ECF No. 136);

WHEREAS, on August 19, 2025, pursuant to stipulations and letter extensions of other defendants in this Action, the Court ordered all defendants, other than Murphy, Carson, and Scala to answer or otherwise respond to the FAC on or before September 15, 2025 (ECF No. 141);

WHEREAS, on August 20, 2025, Murphy, Carson, and Scala filled a Brief in Opposition to Plaintiff's Motion for Entry of Default Judgment (the "Opposition"), stating among other things, that they believed they were represented by counsel in the Action, and proposing an order setting their response to the FAC as September 15, 2025 (ECF No. 143); and

WHEREAS, counsel for Lead Plaintiff and Murphy, Carson, and Scala have met and conferred regarding the Request and Opposition.

IT IS HEREBY STIPULATED AND AGREED TO between the parties, through their respected undersigned counsel, as follows:

1. Lead Plaintiff hereby withdraws his Request.

2. Murphy and Carson, through their undersigned counsel, hereby accept service of FAC without waiver of any rights or defenses except as to sufficiency of service.

3. The parties jointly request that the Court vacate the show cause hearing set pursuant to the July 31, 2025 Order for August 27, 2025.

4. Murphy, Carson, and Scala shall answer or otherwise respond to the FAC on or before September 15, 2025.

Dated:  August 21, 2025

Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

*/s/ Brandon Walker*
Brandon Walker
Lawrence P. Eagel
Marion C. Passmore
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone:  (212) 308-5858
Facsimile:  (212) 214-0506
Email:  walker@bespc.com
           eagel@bespc.com
           passmore@bespc.com

*Counsel for Timothy K. Klintworth and Lead Counsel for the Class*

**BAKER BOTTS L.L.P.**

*/s/ Amy Pharr Hefley*
Amy Pharr Hefley
N.Y. Bar 6140370
910 Louisiana Street
Houston, Texas 77002-4995
Telephone:  (713) 229-1270
Facsimile:  (713) 229-2770
Email:  amy.hefley@bakerbotts.com

                    *Counsel for Defendants Benjamin Carson, Jr.,*
                    *Baron Davis, Justin Deutsch, James Murphy,*
                    *and Philip P. Scala*

SO ORDERED this 22nd day of August, 2025.

_____
United States District Judge Jesse M. Furman

The show cause hearing scheduled for August 27, 2025 is hereby canceled.

4