UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
DAVID FINKELSTEIN, individually and :
on behalf of all others similarly situated, :
:
      Plaintiff, :  24-CV-4056 (JMF)
:
 -v- :  ORDER
:
ANDREW FOX et al., :
:
      Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  On September 15, 2025, Defendants filed four separate motions to dismiss. *See* ECF Nos. 163, 166, 168, 171. Unless and until the Court orders otherwise, Plaintiff shall file a single, consolidated opposition to all four motions to dismiss by **October 14, 2025**, and the Moving Defendants shall file a joint reply by **October 28, 2025**. The parties should promptly confer and, if necessary, move to increase the word limits for the foregoing briefs.

  SO ORDERED.

Dated: September 16, 2025
   New York, New York
                  _____
                    JESSE M. FURMAN
                  United States District Judge