UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

DAVID FINKELSTEIN, *individually and*
*on behalf of all others similarly situated,*

                         Plaintiff,

             -v-

ANDREW FOX et al.,

                     Defendants.

-------------------------------------------------------------------X

24-CV-4056 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Lead Plaintiff Timothy K. Klintworth filed a motion for limited relief from the automatic stay of discovery under the Private Securities Litigation Reform Act, 15 U.S. Code § 78u-4(b)(3)(B).  *See* ECF No. 182.  Having reviewed the parties' submissions, *see* ECF Nos. 183, 191, 192, the Court denies the motion both for failure to meet and confer with defense counsel, as required by the Court's Individual Rules and Practices, *see* ECF No. 192, at 15-16, and for lack of prejudice, *see id.* at 6-10.  The Clerk of Court is directed to terminate ECF No. 182.

      SO ORDERED.

Dated:  April 17, 2026
       New York, New York

                                 JESSE M. FURMAN
                            United States District Judge