UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID FINKELSTEIN, *individually and on behalf of all others similarly situated*,

Plaintiffs,

-v-

ANDREW FOX et al.,

Defendants.

---

24-CV-4056 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On August 31, 2026, the Court received a motion to intervene by proposed intervenors Arena Investors, LP, AI Amped I, LLC, AI Amped II, LLC, Mt. Whitney Securities, LLC, Arena Origination Co., LLC, Arena Finance Markets, LP, Arena Special Opportunities Fund, LP, Arena Special Opportunities Partners I, LP, Arena Structured Private Investments LLC, and Arena Investors GP, LLC (collectively, "Proposed Intervenors"). Unless and until the Court orders otherwise, any opposition to that motion to intervene shall be filed no later than **September 14, 2026**, and any reply shall be filed by **September 18th**. That said, all current parties and Proposed Intervenors shall appear for a telephone conference this **Thursday, September 3, 2026 at 10:00 am** to discuss the foregoing deadlines as well as the deadline for the parties to seek approval of the settlement, which is currently set for September 28, 2026. The parties are encouraged to confer and discuss these topics in advance of the conference.

The parties shall join the conference by calling the Court's dedicated conference call line at **(855) 244-8681** and using access code **2303 019 3884**, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Members of the public and press may attend using the same dial-in information; they will be placed in listen-only mode. Participants are reminded to follow the procedures for telephone conferences described in the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

SO ORDERED.

Dated: September 1, 2026
New York, New York

JESSE M. FURMAN
United States District Judge