UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID FINKELSTEIN, *individually and on behalf of all others similarly situated*,

Plaintiffs,

-v-

ANDREW FOX et al.,

Defendants.

---

24-CV-4056 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- The parties shall promptly meet and confer in good faith with proposed intervenors Arena Investors, LP, AI Amped I, LLC, AI Amped II, LLC, Mt. Whitney Securities, LLC, Arena Origination Co., LLC, Arena Finance Markets, LP, Arena Special Opportunities Fund, LP, Arena Special Opportunities Partners I, LP, Arena Structured Private Investments LLC, and Arena Investors GP, LLC (collectively, "Proposed Intervenors") with respect to any matters that might affect the interests and rights of Proposed Intervenors — most notably, the definition of the settlement class and the the proposed plan of allocation.

- The deadline to file any opposition to Proposed Intervenors' motion to intervene, ECF No. 208, is hereby extended to **one week after the parties file their motion for approval of the settlement**. Any reply shall be filed no later than **three days after the opposition**. If the parties and Proposed Intervenors agree that the motion to intervene is rendered moot by the preliminary settlement proposal, they should promptly file a joint letter to that effect.

SO ORDERED.

Dated: September 3, 2026
New York, New York

JESSE M. FURMAN
United States District Judge