BIEIS BRAGAR EAGEL & SQUIRE, P.C.

Brandon Walker
810 Seventh Avenue
Suite 620
New York, NY 10019
Tel: (212) 355-4648
Fax: (212) 486-0462
walker@bespc.com

September 17, 2026

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, N.Y. 10007

**Re**: ***Finkelstein v. Fox et al.*, No. 1:24-cv-04056 (JMF)**

Dear Judge Furman:

We represent Lead Plaintiff Timothy K. Klintworth ("Plaintiff") in the above referenced action and write with respect to the Court's August 13, 2026 Order (Dkt. No. 207) setting September 28, 2026 as the date for Plaintiff's motion for preliminary approval of the settlement, and the Court's September 3, 2026 Order (Dkt. No. 213) directing Plaintiff and the Proposed Intervenors to confer regarding "matters that might affect the interests and rights of Proposed Intervenors."

Plaintiff respectfully requests a two-week extension of the deadline for filing the motion for preliminary approval of the settlement. Counsel for defendants Craig Denson and Leah Schweller does not oppose Plaintiff's request. Plaintiff has been unable to reach counsel for defendant Phillip P. Scala. Plaintiff requests the additional time for several reasons, including: (1) the need to come to an agreement with several Defendants on the terms of the settlement stipulation; (2) the need to meet and confer with the Proposed Intervenors on the terms of the definition of the settlement class and proposed plan of allocation; and (3) the need to confer with experts and claims administrators in preparing the settlement papers during a period of time involving multiple Jewish holidays. This would be Plaintiff's fourth request for an extension of a deadline.[1]

There are no other existing deadlines relating to Defendants and no scheduled appearances, although the Court did order any opposition to the Proposed Intervenors' motion to intervene to be due one week after Plaintiff files the motion for preliminary approval of the settlement, with the Proposed Intervenors' reply to be filed three days after the opposition (Dkt. No. 213). If Plaintiff's request for an extension is granted, those dates would be changed to October 19, 2026 and October 22, 2026, respectively.

---

[1] Plaintiff's earlier requests did not pertain to the motion for preliminary approval of settlement.

We appreciate Your Honor's time and consideration of these matters, and Counsel is available to answer any questions the Court may have.

Sincerely,

*/s/ Brandon Walker*
Brandon Walker

cc: Counsel of Record via ECF

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 216.

SO ORDERED.

September 17, 2026