**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DAVID FINKELSTEIN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ANDREW FOX, LEAH SCHWELLER, CRAIG DENSON, PHILLIP P. SCALA, JUSTIN DEUTSCH, JAMES MURPHY, BARON DAVIS, BENJAMIN CARSON, JR., CHANTEL E. LENARD, GARY JACOBS, AMY HANSON, JACKY WU, KENNETH ORR, KORR ACQUISITIONS GROUP, INC., KORR VALUE, L.P., ARENA INVESTORS, LP, AI AMPED I, LLC, AI AMPED II, LLC, MT. WHITNEY SECURITIES, LLC, ARENA ORIGINATION CO., LLC, ARENA FINANCE MARKETS, LP, ARENA SPECIAL OPPORTUNITIES FUND, LP, ARENA SPECIAL OPPORTUNITIES PARTNERS, I, LP, ARENA STRUCTURED PRIVATE INVESTMENTS LLC, and ARENA INVESTORS GP, LLC,

Defendants.

Case No. 1:24-cv-04056 (JMF)

Honorable Jesse M. Furman

**LEAD PLAINTIFF'S MOTION**
**<u>FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

PLEASE TAKE NOTICE that Lead Plaintiff Timothy K. Klintworth ("Plaintiff"), individually and on behalf of all Settlement Class Members, by and through counsel, respectfully moves this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure for an order: (1) preliminarily approving the proposed Settlement as set forth in the Stipulation and Agreement of Settlement dated October 12, 2026; (2) preliminarily certifying the proposed Settlement Class for settlement purposes only, appointing Plaintiff as class representative and Lead Counsel as class counsel; (3) approving the form and manner of providing Notice of the Settlement to the Settlement Class, including the mailed Postcard Notice, the Summary Notice, and the posting of the Stipulation and its Exhibits on a website maintained by the Claims Administrator; and (4) setting deadlines for the mailing of the Postcard Notice and publication of the Summary Notice, for Settlement Class Member objections and Settlement Class Member opt-out notices, for filing of Plaintiff's Motion for Final Approval of the Settlement, and for filing of Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses and award to Plaintiff, and scheduling a Settlement Hearing at which this Court will, among other things, consider final approval of the Settlement.

This motion is based upon the accompanying Memorandum of Law in Support of Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement, the Declaration of Brandon Walker in Support of Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement, and all related exhibits.

Dated: October 13, 2026

Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

/s/ *Brandon Walker*
Brandon Walker
Lawrence P. Eagel
Marion C. Passmore

Melissa A. Fortunato
810 Seventh Avenue, Suite 620
New York, New York 10019
Telephone: (212) 308-5858
Facsimile: (212) 214-0506
Email: walker@bespc.com
eagel@bespc.com
passmore@bespc.com
fortunato@bespc.com

## CERTIFICATE OF SERVICE

I hereby certify that, on October 13, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF System.

Executed on October 13, 2026

*/s/ Brandon Walker*
Brandon Walker