**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID FINKELSTEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW FOX, LEAH SCHWELLER, CRAIG DENSON, PHILLIP P. SCALA, JUSTIN DEUTSCH, JAMES MURPHY, BARON DAVIS, BENJAMIN CARSON, JR., CHANTEL E. LENARD, GARY JACOBS, AMY HANSON, JACKY WU, KENNETH ORR, KORR ACQUISITIONS GROUP, INC., KORR VALUE, L.P., ARENA INVESTORS, LP, AI AMPED I, LLC, AI AMPED II, LLC, MT. WHITNEY SECURITIES, LLC, ARENA ORIGINATION CO., LLC, ARENA FINANCE MARKETS, LP, ARENA SPECIAL OPPORTUNITIES FUND, LP, ARENA SPECIAL OPPORTUNITIES PARTNERS, I, LP, ARENA STRUCTURED PRIVATE INVESTMENTS LLC, and ARENA INVESTORS GP, LLC,<br><br>Defendants. | Case No. 1:24-cv-04056 (JMF)<br><br>Honorable Jesse M. Furman |

**DECLARATION OF BRANDON WALKER IS SUPPORT OF LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Brandon Walker, hereby declare as follows:

1. I am a member in good standing with the Bar of the State of New York. I am a shareholder and partner with the law firm of Bragar Eagel & Squire, P.C., counsel for Lead Plaintiff Timothy K. Klintworth and proposed class counsel, in the above-captioned action.[1] I am over 18 years of age and am fully competent to make this declaration. I have personal knowledge of the facts stated herein, or they are known to me in my capacity as an attorney with Bragar Eagel & Squire, P.C, and each of them is true and correct.

2. I submit this declaration in support of Lead Plaintiff's motion, pursuant to Federal Rule of Civil Procedure 23(e), for: (i) preliminary approval of the proposed Settlement as set forth in the Stipulation and Agreement of Settlement dated October 12, 2026 (the "Stipulation"); (ii) preliminary certification of the proposed Settlement Class for settlement purposes only, appointing Lead Plaintiff as class representative and Lead Counsel as class counsel; (iii) preliminary approval of the form and manner of providing Notice of the Settlement to Settlement Class Members; and (iv) a hearing date for the Court to consider: (a) final approval of the Settlement, (b) approval of the proposed Plan of Allocation; and (c) Lead Counsel's application for an award of attorneys' fees and expenses and Lead Plaintiff's request for an award.

3. Attached as Exhibit 1 hereto is a true and correct copy of the Stipulation;

Attached as Exhibit A thereto is a true and correct copy of the [Proposed] Preliminary Approval Order;

Attached as Exhibit A-1 thereto is a true and correct copy of the Long Notice;

Attached as Exhibit A-2 thereto is a true and correct copy of the Claim Form;

Attached as Exhibit A-3 thereto is a true and correct copy of the Summary Notice;

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Stipulation.

Attached as Exhibit A-4 thereto is a true and correct copy of the Postcard Notice; and

Attached as Exhibit B thereto is a true and correct copy of the [Proposed] Final Order and Judgment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 13, 2026.

By: /s/ *Brandon Walker*______
Brandon Walker