WHITE & CASE

October 15, 2026

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, NY 10007

**Re: *Finkelstein v. Fox et al.*, No. 1:24-cv-04056 (JMF)**

Dear Judge Furman:

We represent Arena Investors, LP, AI Amped I, LLC, AI Amped II, LLC, Mt. Whitney Securities, LLC, Arena Origination Co., LLC, Arena Finance Markets, LP, Arena Special Opportunities Fund, LP, Arena Special Opportunities Partners I, LP, Arena Structured Private Investments LLC, and Arena Investors GP, LLC (collectively, "Arena" or "Proposed Intervenors").

On September 3, 2026, the Court directed that "If everybody is in agreement that issue [of Arena's motion to intervene] is moot by virtue of the preliminary certification motion papers, then you can let me know that promptly." (Sept. 3, 2026 Hrg. Tr. at 16:5-11). We write now to respectfully report that Proposed Intervenors' motion to intervene (ECF 209) is moot in light of Plaintiff's proposed settlement (ECF 220-1), which defines the settlement class in a manner that includes Proposed Intervenors as class members, allowing Proposed Intervenors to object under Rule 23(e)(5). Proposed Intervenors have informed Lead Plaintiff that we do not intend to move forward with the motion to intervene.

Proposed Intervenors reserve all rights, including the right to object on any applicable grounds under Rule 23, and are available to address any questions or concerns the Court may have.

Respectfully submitted,

*/s/ Laura J. Garr*

Laura J. Garr
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
**E:** laura.garr@whitecase.com
**T:** (212) 819-8849

*Counsel for Proposed Intervenors*

cc: All Counsel (via ECF)